THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK EDISON COMPANY, Appellant, *v.* WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, Respondent.

*People ex rel. N. Y. Edison Co.* v. *Prendergast*, 185 App. Div. 461, affirmed.

(Argued February 26, 1919; decided March 18, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 14, 1918, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to consider, under section 246 of the charter of the city of New York, the relator's claim for a refund of a portion of taxes assessed against certain real property owned by relator and paid for the years 1905 to 1914 inclusive, in which assessments, it was claimed, there was erroneously included the value of machinery owned not by the relator but by its lessee. It was admitted that relator knew of the error. The Appellate Division held that whether the assessment was illegal or whether it was merely erroneous, the action of the commissioners was subject to correction by certiorari proceedings, and that section 246 of the charter was not intended to and does not include the right to procure reimbursement by resort to the comptroller and the board of estimate and apportionment in any such case.

*Edward J. McGuire* and *James M. Vincent* for appellant.

*William P. Burr, Corporation Counsel (William H. King* and *Jesse F. Orton* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.